UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRENDA D. GLENN,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>    Defendant. | Case No. 06-cv-33-JPG |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States District Judge J. Phil Gilbert on April 3, 2007, the final decision of the Commissioner of Social Security is **AFFIRMED**.

Judgement is entered in favor of defendant Jo Anne B. Barnhart and against plaintiff Brenda D. Glenn.  Plaintiff shall take nothing from this action.

**DATED: April 3, 2007.**

                                                    **NORBERT G. JAWORSKI, CLERK**

                                                    **By:s/Deborah Agans, Deputy Clerk**


**APPROVED:** s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **U.S. District Judge**